# Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

09 585

D23895
C/hu

___AD3d___

WILLIAM F. MASTRO, J.P.
REINALDO E. RIVERA
ROBERT A. SPOLZINO
PETER B. SKELOS
THOMAS A. DICKERSON, JJ.

COGAN, J.

2009-01871

OPINION & ORDER

In the Matter of Robert A. Macedonio, admitted as Robert Anthony Macedonio, an attorney and counselor-at-law.

Grievance Committee for the Tenth Judicial District, petitioner; Robert A. Macedonio, respondent.

(Attorney Registration No. 2515955)

---

Motion by the Grievance Committee for the Tenth Judicial District to strike the respondent's name from the roll of attorneys and counselors-at-law, pursuant to Judiciary Law § 90(4), upon his conviction of a felony. The respondent was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on March 3, 1993, under the name Robert Anthony Macedonio.

Rita E. Adler, Hauppauge, N.Y. (Robert H. Cabble of counsel), for petitioner.

PER CURIAM.   On December 9, 2008, the respondent pleaded guilty before the Honorable James Hudson, in County Court, Suffolk County, to one count of criminal

August 25, 2009

MATTER OF MACEDONIO, ROBERT A.

Page 1.

possession of a controlled substance in the fifth degree, a class D felony, in violation of Penal Law § 220.06(5).

The Grievance Committee for the Tenth Judicial District (hereinafter the Grievance Committee) moves to strike the respondent's name from the roll of attorneys based upon his felony conviction pursuant to Judiciary Law § 90(4)(b).

By virtue of his felony conviction upon his entry of a plea of guilty, the respondent ceased to be an attorney and counselor-at-law pursuant to Judiciary Law § 90(4)(a) and was automatically disbarred on December 9, 2008. Accordingly, the Grievance Committee's motion to strike the respondent's name from the roll of attorneys and counselors-at-law is granted.

MASTRO, J.P., RIVERA, SPOLZINO, SKELOS, and DICKERSON, JJ., concur.

ORDERED that pursuant to Judiciary Law § 90(4)(a), the respondent, Robert A. Macedonio, admitted as Robert Anthony Macedonio, is disbarred, effective December 9, 2008, and his name is stricken from the roll of attorneys and counselors-at-law, pursuant to Judiciary Law § 90(4)(b); and it is further,

ORDERED that the respondent, Robert A. Macedonio, admitted as Robert Anthony Macedonio, shall comply with this Court's rules governing the conduct of disbarred, suspended, and resigned attorneys (see 22 NYCRR 691.10); and it is further,

ORDERED that pursuant to Judiciary Law § 90, the respondent, Robert A. Macedonio, admitted as Robert Anthony Macedonio, is commanded to desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding himself out in any way as an attorney and counselor-at-law; and its is further,

ORDERED that if the respondent, Robert A. Macedonio, admitted as Robert Anthony Macedonio, has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith to the issuing agency and the respondent shall certify to the same in his affidavit of compliance pursuant to 22 NYCRR 691.10(f).

ENTER:

*James Edward Pelzer*
James Edward Pelzer
Clerk of the Court

August 25, 2009

MATTER OF MACEDONIO, ROBERT A.

Page 2.