FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 15 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
In re: : 09-MC-585 (BMC)
:
ROBERT A. MACEDONIO, an attorney admitted :
to practice before this Court, :
:
Respondent. :
:
------------------------------------------------------------X

**BEFORE THE GRIEVANCE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

     An order having been entered in the Supreme Court of the State of New York, Appellate Division disbarring respondent from the practice of law before that Court,

     IT IS ORDERED, pursuant to Local Rule 1.5 that respondent, be and hereby is disbarred from the practice of law before this Court and that respondent's name be stricken from the Roll of Attorneys of this Court. This order shall become effective 24 days after the date of service upon said attorney unless otherwise modified or stayed.

     The docketing clerk is directed to mail a copy of the within to respondent and to close the within action without prejudice to reopening the matter upon application of respondent.

SO ORDERED.

Dated :    Brooklyn, New York
            Sept. 15, 2009

                              /s/(BMC)
                            BRIAN M. COGAN, U.S.D.J.
                            Chairman of the Committee on
                            Grievances, E.D.N.Y.