UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In the Matter of

Robert A. Macedonio,                                    M-2-238
                                                        ORDER
                        Respondent.
-------------------------------------------------------X

**BEFORE THE COMMITTEE ON GRIEVANCES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK[1]**

By Order dated January 9, 2013 of the Supreme Court of the State of New York, respondent Robert A. Macedonio, a member of the bar of this Court, was suspended from the practice of law by the State of New York for a period of two years effective December 9, 2008 *nunc pro tunc*. Accordingly, unless respondent files under seal with the Sealed Records Clerk, by no later than June 10, 2013, a written response showing why reciprocal discipline should not be imposed pursuant to S.D.N.Y. Local Civil Rule 1.5(d)(1), it is hereby ordered that Robert A. Macedonio be suspended from the practice of law in this court for a period of two years, effective December 9, 2008 *nunc pro tunc*, and lasting until respondent provides written proof of his reinstatement in the State of New York. A courtesy copy of any submission must be mailed directly to the Honorable P. Kevin Castel, Chair of the Committee on Grievances.

SO ORDERED.

P. KEVIN CASTEL
Chair, Committee on Grievances S.D.N.Y.

Dated:      New York, New York
            May 20, 2013

---

[1] The members of the Committee are District Judge P. Kevin Castel, Chair; Chief Judge Loretta A. Preska; District Judges Vincent L. Briccetti, Katherine B. Forrest, Paul G. Gardephe, John F. Keenan, Colleen McMahon, Louis L. Stanton, and Richard J. Sullivan; and Magistrate Judge Frank Maas.